AUSA

FILED

OCT 04 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Adalberto Granados-Quinones, Defendant. | Mag. Case No. '07 MJ 8831<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about October 2, 2007 within the Southern District of California, defendant Adalberto GRANADOS-Quinones, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Marco Miranda
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4nd DAY OF OCTOBER 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Adalberto GRANADOS-Quinones

# STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, Cesar Bermudez, that the Defendant was found and arrested on October 2, 2007 west of Calexico, California.

BPA Bermudez was performing his assigned Border Patrol duties approximately 11 miles west of Calexico, California. BPA Bermudez encountered two individuals, one later identified as Adalberto GRANADOS-Quinones. BPA Bermudez identified himself as a Border Patrol Agent and questioned GRANADOS and the other individual as to their immigration status to be in the United States. They both stated that they are citizens of Mexico and illegally in the United States. GRANADOS and the other individual were placed under arrest.

Record checks revealed that an Immigration Judge ordered GRANADOS deported to Mexico from the United States on February 28, 2006. Record checks also revealed that GRANADOS has an extensive criminal record.

BPA Bermudez read GRANADOS his rights as per Miranda and was witnessed by BPA J. Anderson.

GRANADOS stated that he is a citizen of Mexico. GRANADOS stated that his intentions were to travel to Ventura, California to live and work. There is no evidence GRANADOS has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.