AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Adalberto Granados-Quinones

## WAIVER OF INDICTMENT

CASE NUMBER: 07CR3000-JLS

I, Adalberto Granados Quinones, the above named defendant, who is accused of

Title 8 USC§1326
Deported alien found in the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/1/07 at 1:30 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

Y Granados
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer